# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-0307-01-CR-W-FJG |
| Reginald Eugene Jones, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is defendant's motion to dismiss (Doc. #32), filed December 16, 2009, and the Government's amended suggestions in opposition to defendant's request for *Franks* hearing and motion to suppress (Doc. #37), filed February 9, 2010. On March 1, 2010, Chief United States Magistrate Judge Robert E. Larsen held an evidentiary hearing on the pending motion to suppress. Thereafter, on March 22, 2010, Chief Judge Larsen entered a report and recommendation (Doc. #45) which recommended denial of the above-mentioned motion. Defendant's objections to the report and recommendation were filed on April 2, 2010 (Doc. #47).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, Chief Magistrate Larsen's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress (Doc. #32), filed December 16, 2009, must be denied.

Accordingly, it is

ORDERED that the Chief Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress (Doc. #32), filed December 16, 2009, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 04/12/10